IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LOGAN M. GORE III, )<br>)<br>*Petitioner*, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>*Respondent.* ) | Case Nos. _____ |

### PETITION FOR DECLARATORY JUDGMENT

COMES NOW Petitioner Logan M. Gore III by and through David A. Kelly and the Law Firm of Kelly, Symonds & Reed, LLC, and pursuant to 28 U.S.C. § 2201, prays for a Declaratory Judgment to be issued by this Court declaring that Petitioner is no longer required to register as a sex offender under the laws of the United States of America. In support thereof, Petitioner offers the following suggestions in support:

1. Petitioner, Logan M. Gore III, is a white male, date of birth is xx-xx-1949 and last four of Social Security Number 5565.

2. Petitioner is now and all times hereinafter mentioned has been a resident of the County of Jackson County of Missouri, now residing at 6150 Northeast Kensington Drive, Lee's Summit, Missouri 64064.

3. Petitioner has no current place of employment; Petitioner does not volunteer at any organization or location and is not currently in school.

4. On or about January 05, 2006, the Petitioner entered a plea of guilty to (1) count of Possession of Child Pornography in case 4:05-CR-00342-RWS-1 in the United States District Court for the Eastern District of Missouri in Saint Louis City, Missouri and was

sentence to (57) months in custody on January 5, 2006; that Petitioner was released from prison custody on or about September 02, 2009 to an assigned halfway house and was released from the halfway house on March 01, 2010 and began his supervised release for a term of life from which he was discharged on October 21, 2020; and that Petitioner was never pardoned nor had the case reversed.

5. The Indictment upon which the Petitioner pled charged that Petitioner committed Possession of Child Pornography in violation of Federal Law.

6. Petitioner is required to register as a sex offender, tier level 1, for Possession of Child Pornography as that was his offense.

7. Petitioner also successfully completed a sex offender treatment program while incarcerated and while on supervised release.

8. Petitioner is duly registered with the chief law enforcement official of Jackson County, Missouri as required pursuant to Section 589.400 *et seq.* and has been registered in Missouri since September 18, 2009. Pursuant to Section 589.401 RSMo., the Petitioner is eligible to be removed from the sex offender registry in Missouri and having been convicted, and no force or threat of force was used, and at least ten (10) years have passed since the Petitioner was found guilty of said crime and Petitioner has not committed any other felony or misdemeanor crimes during that same time period nor does Petitioner have any charges pending against him.

9. Under 42 U.S.C. §§ 16911 and 16915, aka SORNA, Petitioner no longer has a duty to register under federal law with 10 years having passed as a Tier 1 offender since the date of

the conviction without any other felony or misdemeanor convictions since the date of his conviction for Possession of Child Pornography under SORNA.

10. Petitioner is not a current or potential threat to the public safety.

11. Under Missouri law, Section 589.400 RSMo. et al. (and specifically § 589.401 RSMo.), Petitioner is required to obtain a judgment from this Court stating that he is no longer required to register under federal law before he may be removed from the Missouri Sex Offender Registry. *See also, Carmen v. Olsen*, No. ED108505 (Mo. Ct. App. E.D. 2020).

WHEREFORE, Petitioner Logan M. Gore III prays for a Declaratory Judgment from this Court recognizing that he no longer has a duty to register as a sex offender under federal law as a result of his conviction for possession of child pornography as related herein and for any and all other relief this Court deems just and proper upon these premises.

Respectfully submitted,
The Law Office of
KELLY, SYMONDS & REED, LLC

/s/ David A. Kelly
By _____
David A. Kelly (#45983)
114 SW Third Street
Lee's Summit, Missouri 64063
(816) 347-1818
(816) 347-1854 FAX
dave@mokanlegal.com
ATTORNEYS FOR PETITIONER

## AFFIDAVIT

I, Logan M. Gore III, Petitioner herein, have read the above and foregoing and the contents therein and it is to the best of my knowledge a true and accurate recitation of the facts to the best of my knowledge.

*Logan M. Gore III* (signed)

Logan M. Gore III
Petitioner

Subscribed and sworn to me this 4th day of ~~February~~ March, 2021.

_____
Notary Public

My Commission Expires:

```
ERIN M MCBETH
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES MARCH 1, 2025
JACKSON COUNTY
COMMISSION #17697920
```

4